UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-06734-HDV-AJRx | Date | 11/14/2025 |
|---|---|---|---|
| Title | *Michael Harris v. Oscar C. Rodriguez et al* | | |

Present: The Honorable  Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):
None Present  None Present

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING CASE [JS-6]**

The Court has received and reviewed the parties' Notice of Settlement [21]. Based on this submission, all hearing dates and deadlines are vacated, and the case is dismissed. The Court will retain jurisdiction for 60 days to reopen the case if the settlement is not finalized before then.

**IT IS SO ORDERED.**